Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
Craig M. Hughes (SBN 114970)
**MARKUN ZUSMAN & COMPTON LLP**
465 California Street, Suite 401
San Francisco, CA  94104
Telephone: 415.438.4515
Facsimile: 415.434.4505
ezusman@mzclaw.com
keng@mzclaw.com
chughes@mzclaw.com

Attorneys for Defendants Thomas F. Casey
and Golden Genesis, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JULIE A. MINUSKIN, DENNIS R. DIRICCO, THOMAS F. CASEY, GOLDEN GENESIS, INC. and JOSHUA P. STOLL,<br><br>Defendants. | Case No. 22-CV-00483-RSH-AHG<br><br>Assigned to the Hon. Robert S. Huie<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS THOMAS F. CASEY AND GOLDEN GENESIS, INC. TO ANSWER COMPLAINT**<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

Pursuant to Civil Rule 7.2, Defendant Thomas F. Casey and Defendant Golden Genesis, Inc. (collectively, "Defendants") and Plaintiff Securities and Exchange Commission ("Plaintiff") submit this Joint Motion To Extend Time For Defendants To Answer the Complaint.

In support of this Joint Motion, the Parties state as follows:

1. Plaintiff Securities and Exchange Commission filed this action on April 8, 2022;

2. On April 17, 2022, Plaintiff caused the Summons, Complaint, Civil Cover Sheet, and Motion to Approve Consent Judgment as to Dennis DiRicco to be served by personal service on Thomas F. Casey, individually, and as the CEO of Defendant Golden Genesis, Inc.;

3. The last day for Defendants to Answer the Complaint is October 6, 2022;

4. By Order dated September 21, 2022, the Court (the Hon. Robert S. Huie) denied the Defendants' Motion to Transfer Venue made pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1404(a);

5. Due to an internal miscommunication and an absence of calendaring staff, the attorneys of record for Defendants did not review the Court's Order until October 3, 2022;

6. Counsel for Plaintiff does not oppose the requested extension;

7. Counsel for the Parties have been able to reach suitable agreements on scheduling issues and anticipate they will continue to be able to do so;

8. This request for an extension of time is not being made for the purpose of delay and no party will be prejudiced by this request. Defendants have previously requested and obtained one extension of time in this matter but not for this Answer.

WHEREFORE, for the foregoing reasons, the Parties jointly request that the Court extend Defendant's time to answer the Complaint up to and including October 31, 2022.

Respectfully submitted,

Dated: October 5, 2022            /s/ *Edward S. Zusman* _____
Edward S. Zusman
Kevin K. Eng
Craig M. Hughes
MARKUN ZUSMAN & COMPTON LLP

Attorneys for Defendants Thomas F. Casey and Golden Genesis, Inc.

Dated: October 5, 2022            /s/ *Douglas Miller* _____
Douglas Miller
Securities and Exchange Commission
Attorneys for Plaintiff

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(5) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiffs and that I have obtained authorization to affix counsel's signature to this document.

Dated: October 5, 2022            /s/ Craig M. Hughes _____
Craig M. Hughes

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, Markun Zusman & Compton LLP, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 465 California Street, Suite 401, San Francisco, California 94104.

On October 5, 2022, I caused the following document(s) to be served:

**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS THOMAS F. CASEY AND GOLDEN GENESIS, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Service was made via:

☒ USDC CM/ECF System: By electronic notice to all interested parties registered with the Court to receive electronic notification

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on October 5, 2022 at San Francisco, California.

/s/ Suzanne Bianchi

Suzanne Bianchi