UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                          Plaintiff,<br>v.<br>JULIE A. MINUSKIN et al.,<br>                          Defendants. | Case No.: 22-CV-00483-RSH-AHG<br><br>**ORDER GRANTING MOTION FOR EXTENTION OF TIME TO FILE ANSWER**<br><br>**[ECF No. 22]** |

Pending is a joint motion to extend time for Defendants Thomas F. Casey and Golden Genesis, Inc. to answer the Complaint. ECF No. 22. Defendants explain that "[d]ue to an internal miscommunication and absence of calendaring staff," their counsel did not review the Court's September 21, 2022 Order (ECF No. 21) until October 3, 2022. *Id.* at 2. Plaintiff does not oppose the requested extension. *See id.* Further, the Parties represent that they have been able to reach suitable agreements on scheduling issues and anticipate they will be able to do so going forward. *See id.*

For good cause shown and finding no prejudice to Plaintiff, the Court hereby **GRANTS** the motion (ECF No. 22). S*ee* Civ. L.R. 12.1. Defendants shall file their Answer no later than October 31, 2022.

**IT IS SO ORDERED**.

Dated: October 7, 2022

*[signature]*
Hon. Robert S. Huie
United States District Judge