UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>THOMAS F. CASEY,<br><br>        Defendant. | Case No.: 22-cv-483-RSH-AHG<br><br>**VERDICT FORM** |

We, the jury in the case of *Securities and Exchange Commission v. Thomas F. Casey,* find as follows:

**Claim One**: With respect to the SEC's first claim, which alleges that defendant Thomas Casey violated Section 10(b) of the Exchange Act and Rule 10b-5 thereunder, we the jury find the defendant:

     __X__ LIABLE  ____ NOT LIABLE

**Claim Two:** With respect to the SEC's second claim, which alleges that defendant Thomas Casey violated Section 17(a) of the Securities Act, we the jury find the defendant:

    __X__ LIABLE      ____ NOT LIABLE

Dated: June 24, 2025

After this verdict form has been signed, notify the bailiff that you are ready to return to the Courtroom.