RUTH C. PINKEL (Cal. Bar No. 164470)
Email: pinkelr@sec.gov
DONALD W. SEARLES (Cal. Bar. No. 135705)
Email: searlesd@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Gary Y. Leung, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JULIE A. MINUSKIN, DENNIS R. DIRICCO, THOMAS F. CASEY, GOLDEN GENESIS, INC. and JOSHUA P. STOLL,<br><br>　　　　Defendants. | Case No. 3:22-cv-00483-RSH-AHG<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR INJUNCTIVE AND MONETARY RELIEF FOLLOWING JURY VERDICT**<br><br>Date:　　September 18, 2025<br>Time:　　1:30 p.m.<br>Ctrm:　　3B<br>Judge:　　Hon. Robert S. Huie |

**PLEASE TAKE NOTICE** that on September 18, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Robert S. Huie, Courtroom 3B, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, Plaintiff Securities and Exchange Commission ("SEC") will and hereby does move the Court for injunctive and monetary relief following a jury verdict against defendant Thomas F. Casey.

This motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declarations of Ruth C. Pinkel and Duane Campbell and exhibits thereto; the filings and records in this action; and any other evidence or argument the SEC may present in support of the motion.

DATED: August 14, 2025                Respectfully submitted,

/s/ Donald W. Searles
Ruth Pinkel
Donald W. Searles
Counsel for Plaintiff
Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On August 14, 2025, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR INJUNCTIVE AND MONETARY RELIEF FOLLOWING JURY VERDICT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 14, 2025            */s/ Donald W. Searles*
                                 Donald W. Searles

*SEC v. Julie A. Minuskin, et al.*
United States District Court—Southern District of California
Case No. 3:22-cv-00483-RSH-AHG

**SERVICE LIST**

Julie A. Minuskin (via UPS)
7268 W. Camero Avenue
Las Vegas, Nevada 89113
*Defendant Julie A. Minuskin  (Pro Se)*

Thomas F. Casey (via ECF)
914 Rainbow Crest Rd.
Fallbrook, California 92028
tom@goldengenesis.com
*Defendant Thomas F. Casey (Pro Se)*

Golden Genesis, Inc. (via UPS)
c/o Thomas F. Casey
914 Rainbow Crest Rd.
Fallbrook, California 92028
tom@goldengenesis.com
*Defendant Golden Genesis, Inc.*

Joshua P. Stoll (via UPS)
4618 Saint Francis Street
North Las Vegas, Nevada 89031
*Defendant Joshua P. Stoll  (Pro Se)*