RUTH C. PINKEL (Cal. Bar No. 164470)
Email: pinkelr@sec.gov
DONALD W. SEARLES (Cal. Bar. No. 135705)
Email: searlesd@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Gary Y. Leung, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JULIE A. MINUSKIN, DENNIS R. DIRICCO, THOMAS F. CASEY, GOLDEN GENESIS, INC. and JOSHUA P. STOLL,<br><br>Defendants. | Case No. 3:22-cv-00483-RSH-AHG<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS JULIE A. MINUSKIN, JOSHUA P. STOLL, AND GOLDEN GENESIS, INC.**<br><br>Date:   September 18, 2025<br>Time:   1:30 p.m.<br>Ctrm:   3B<br>Judge:  Hon. Robert S. Huie |

**TO DEFENDANTS JULIE A. MINUSKIN, JOSHUA P. STOLL, AND GOLDEN GENESIS, INC.:**

**PLEASE TAKE NOTICE** that on September 18, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Robert S. Huie, Courtroom 3B, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, plaintiff Securities and Exchange Commission ("SEC") will, and hereby does, move pursuant to Fed. R. Civ. P. 55(b)(2), and S.D. Cal. Local Rule 55-1, for entry of a default judgment against you. Failure to oppose the motion may result in a judgment being entered against you. In order to oppose the motion, you must file with the Court and serve on the SEC a written opposition no later than August 29, 2025.

The proposed injunctions the SEC seeks are:

Against Defendant Minuskin, permanent injunctions prohibiting future violations of Section 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §77q(a)], Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5], Sections 5(a) and (c) of the Securities Act [15 U.S.C. §§ 77e(a) & (c)], and Section 15(a) of the Exchange Act [15 U.S.C. § 78o(a)].

Against Defendant Stoll, permanent injunctions prohibiting future violations of Sections 5(a) and (c) of the Securities Act and Section 15(a) of the Exchange Act.

Against Defendant Golden Genesis, permanent injunctions prohibiting future violations of Section 17(a) of the Securities Act, Section 10(b) of the Exchange Act and Rule 10b-5 thereunder, Sections 5(a) and (c) of the Securities Act, and Section 15(a) of the Exchange Act.

The proposed monetary reliefs the SEC seeks are as follows:

Against Defendant Minuskin, disgorgement in the amount of $457,476 with prejudgment interest of $175,204.24 and the imposition of a civil penalty of $457,476.

Against Defendant Stoll, disgorgement in the amount of $404,046 with prejudgment interest of $145,079 and the imposition of a civil penalty in the amount of

$22,324.

Against Defendant Golden Genesis, the imposition of a civil penalty in the amount of $3,562,251.

A copy of the SEC's proposed judgments are being served on you together with this Notice.

The SEC's motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declarations of Ruth C. Pinkel and Duane Campbell and exhibits thereto; the filings and records in this action, including the clerk's defaults entered against Defendant Minuskin and Defendant Stoll on July 29, 2022 (Dkt. No. 15), the clerk's default entered against Defendant Golden Genesis on February 19, 2025 (Dkt. No. 97), the motion for remedies filed against defendant Thomas F. Casey (Dkt. 152), and any other evidence or argument the SEC may present in support of the motion.

DATED: August 14, 2025

Respectfully submitted,

/s/ Ruth C. Pinkel
Ruth Pinkel
Donald W. Searles
Counsel for Plaintiff
Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On August 14, 2025, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS JULIE A. MINUSKIN, JOSHUA P. STOLL, AND GOLDEN GENESIS, INC.** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 14, 2025   */s/ Ruth C. Pinkel*
　　　　　　　　　　　　　Ruth C. Pinkel

*SEC v. Julie A. Minuskin, et al.*
United States District Court—Southern District of California
Case No. 3:22-cv-00483-RSH-AHG

**SERVICE LIST**

Julie A. Minuskin (via UPS)
7268 W. Camero Avenue
Las Vegas, Nevada 89113
***Defendant Julie A. Minuskin  (Pro Se)***

Thomas F. Casey (via ECF)
914 Rainbow Crest Rd.
Fallbrook, California 92028
tom@goldengenesis.com
***Defendant Thomas F. Casey (Pro Se)***

Golden Genesis, Inc. (via UPS)
c/o Thomas F. Casey
914 Rainbow Crest Rd.
Fallbrook, California 92028
tom@goldengenesis.com
***Defendant Golden Genesis, Inc.***

Joshua P. Stoll (via UPS)
4618 Saint Francis Street
North Las Vegas, Nevada 89031
***Defendant Joshua P. Stoll  (Pro Se)***