# ABSTRACT OF JUDGMENT
## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Thomas F. Casey, Thomas F. Casey d/b/a The Thomas Francis Casey Real Property Management Trust, dated April 29, 2015, and Thomas F. Casey d/b/a The Thomas Francis Casey Trust, dated February 28, 2013<br><br>914 Rainbow Crest Road Fallbrook, CA 92028 Parcel Number: 110-200-54-00 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docket Information |
|---|---|---|
| Civil Penalty:<br><br>$2,616,451.00<br><br>Plus Post Judgment Interest | Jennifer A. Youngs Assistant Chief Litigation Counsel United States Securities and Exchange Commission 100 F Street, NE, Mail Stop 5631 Washington, DC 20549-5631 | Civil Action Number: 3:22-cv-00483-RSH-AHG<br><br>Judgment Entry Date: 9/10/2025<br><br>Docket Number: 162 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE**

_____**Southern**_____ DISTRICT OF _____**California**_____

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

CITY (DATE) ___March 10th_____, 2026

___*Dustin Gayle*_____, Clerk.

By ___D. English_____, Deputy Clerk.

(SEAL)